GEORGE A. MANNING et al., Appellants, *v.* WOODBURY SILLOWAY et al., Respondents.

Argued June 12, 1941; decided July 29, 1941.

*W. Earle Costello* for appellants.

*Alton J. Wightman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.